UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRACH EDWARD NORRIS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　Defendant. | No. 2:15-CV-00240-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO TRANSFER ACTION AND TRANSFERRING ACTION** |

　　　Before the Court is Magistrate Judge John T. Rodger's Report and Recommendation to Transfer Action to Ninth Circuit Court of Appeals, ECF No. 10. Within 14 days, the Petitioner, Mr. Brach Norris, filed a document entitled "Objections to Magistrate Judge John T. Rodgers Concerning Ca. No. 2:15-cv-00240-SAB Document 10," ECF No. 11. Mr. Norris' document seems to ask only how to present his petition to the Ninth Circuit. This Court will oblige Mr. Norris' question, adopt Magistrate Judge Rodger's Report and Recommendation, and transfer the action.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1. The Court **adopts** Magistrate Judge Rodger's Report and Recommendation to Transfer Action to Ninth Circuit Court of Appeals, ECF No. 10, in its entirety.

　　　2. This action is **transferred** to the Ninth Circuit pursuant to 28 U.S.C. § 1631, and Ninth Circuit Rule 22-3(a).

**ORDER ADOPTING REPORT AND RECOMMENDATION TO TRANSFER ACTION AND TRANSFERRING ACTION ^ 1**

3. Petitioner is advised that he must file an application for leave to proceed in the Ninth Circuit Court of Appeals, and to make the showing required by 28 U.S.C. § 2244(b)(2), that he is entitled to relief under 28 U.S.C. § 2254. Petitioner is further advised to consult Ninth Circuit Court of Appeals Rule 22-3 for information on filing an application to the Ninth Circuit.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and forward a copy to Petitioner. The District Court Executive shall terminate this case and provide a copy of this Order to the Ninth Circuit Court of Appeals.

**DATED** this 17th day of November, 2015.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION TO TRANSFER ACTION AND TRANSFERRING ACTION ^ 2**